# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2014

Robert P. Young, Jr.,
Chief Justice

147735(61)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

THABO JONES,
      Defendant-Appellee.
_____/

SC: 147735
COA: 312966
Wayne CC: 12-003749-FH

On order of the Chief Justice, the motion of defendant-appellee to adjourn the case from the April 2014 session of the Court is GRANTED. The clerk is directed to schedule the case for argument and submission at a future session.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2014


_____